# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRIS BAREFIELD**  **PLAINTIFF**
**#0035237**

V.  NO. 3:22-cv-00191-JM-ERE

**DOES**  **DEFENDANTS**

## ORDER

Pending before the Court are Plaintiff Chris Barefield's: (1) motion for leave to proceed *in forma pauperis* (IFP); and (2) motion for additional time to file a complete IFP application. Mr. Barefield fails to include a jail account information completed by an authorized official with his application. He explains that he has had problems getting County officials to complete his IFP application.

IT IS THEREFORE ORDERED THAT:

1. Mr. Barefield's motion for leave to proceed IFP (*Doc. 3*) is DENIED as incomplete.

2. The Clerk is instructed to provide Mr. Barefield another IFP application.

3. Mr. Barefield's motion for extension of time (*Doc. 4*) is GRANTED.

4. Within 30 days, Mr. Barefield must return a completed IFP application, including a jail account information sheet, or pay the $402.00 filing fee. Failure to

do so could result in the dismissal of this lawsuit.

4. The Clerk is also instructed to provide a copy of this Order to the Warden of the Greene County Detention Center, 1809 North Rocking Chair Road, Paragould, Arkansas 72450.

5. If County officials continue to refuse to complete his IFP application, Mr. Barefield should promptly notify the Court so that the Court can resolve this preliminary issue.

Dated this 16th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE